UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Rachel Wolf, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: Rachel.Wolf@usdoj.gov

In Re:

Black Creek Condos, LLC, et. al.,

Debtors.

Case No.: 26-19444 (SLM)

Chapter: 11

Hearing Date: ____________

Judge: Stacey L. Meisel

**APPLICATION FOR ORDER SHORTENING TIME**

The applicant Rachel Wolf, on behalf of U.S. Trustee, Andrew R. Vara requests that the time period to/for notice, service and a hearing as required by Fed. R. Bankr. P. 2002(a) be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   Debtor has failed to provide insurance. Debtor has failed to filed monthly operating report for August 2026 and has failed to pay quarterly fees.
2. State the hearing dates requested:
   A hearing as soon as possible as the Debtor no longer maintains insurance.
3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: October 8, 2026

/s/ Rachel Wolf
Signature

*rev.8/1/15*