UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGION 3
Rachel Wolf, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: Rachel.Wolf@usdoj.gov

**Order Filed on October 8, 2026**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Black Creek Condos, LLC, et. al.,

Debtors.

Case No.: 26-19444 (SLM)

Chapter: 11

Judge: Stacey L. Meisel

**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: October 8, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of the United States Trustee for the reduction of time for a hearing on Motion to Dimiss the Cases , or in the Alternative, Convert Cases to Chapter 7 under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on October 13, 2026 at 10:00 a.m. in the United States Bankruptcy Court, MLK Federal Building, 50 Walnut Street, Newark, NJ 07102, Courtroom No. 3A .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Debtors, Debtors' Counsel, Secured Creditors and all parties who filed a Notice of Appearance

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be received: **By tomorrow no later than 3:00 p.m.**

☐ on the same day as the date of this order, or

☐ within ________ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Debtor's Counsel and Secured Creditor's Counsel if known

☐ on the same day as the date of this Order, or

☒ within 1 day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail __________ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*Appearances may be made via Court Solutions

*rev.1/12/22*